**Warren MAY, Jr., Appellant,**

v.

**Claretta Isom MAY, Respondent.**

**No. 61706.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 9, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 10, 1993.

Richard Keven Zerr, Ronald R. Fralicx, Beck, Tiemeyer & Zerr, St. Charles, for appellant.

Catalina Margarita Alvarez, Alter & Alvarez, Clayton, for respondent.

Before GARY M. GAERTNER, P.J., and SMITH and AHRENS, JJ.

### ORDER

PER CURIAM.

Appellant husband appeals from a judgment in a dissolution of marriage case. We find no error and the judgment is supported by competent and substantial evidence. A written opinion would have no precedential value. The parties have been furnished with a memorandum supplementing this order. The judgment is affirmed pursuant to Rule 84.16(b).